late Division, Second Department. July 27, 1911.) Action by the Town of Babylon against William Darling. No opinion. Judgment (63 Misc. Rep. 553, 117 N. Y. Supp. 250) affirmed, with costs, on the opinion of Mr. Justice Crane at Special Term.

In re TOWN OF SCARSDALE. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) In the matter of the Town of Scarsdale, to have established and defined a boundary line in dispute between the towns of New Rochelle and Scarsdale. No opinion. Motion granted, without costs.

TRIPPY v. LAKE SHORE & M. S. R. CO. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Marry Trippy, as administrator, etc., against the Lake Shore & Michigan Southern Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

TUCKER, Appellant, v. PRESS PUB. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by James P. Tucker against the Press Publishing Company. No opinion. Order affirmed, with $10 costs and disbursements.

TUCKER-SPEYERS & CO., Respondents, v. CLARKSON et al., Appellants. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Tucker-Speyers & Co. against David A. Clarkson and another. J. S. Wise, Jr., for appellants. F. S. Patterson, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

TUSCANO, Respondent, v. ASTORIA COGNAC & LIQUOR RECTIFYING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911,) Action by Moses Tuscano against the Astoria Cognac & Liquor Rectifying Company.
PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff failed to establish a cause of action either for goods sold and delivered or upon an account stated.

UNION BANK OF BROOKLYN v. SCHNEIDER et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the Union Bank of Brooklyn against David Schneider and others. No opinion. Order of the County Court of Kings county (70 Misc. Rep. 377, 128 N. Y. Supp. 878) affirmed, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 1149.

In re VAN ALSTYNE. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) In the matter of the judicial settlement of the account of Laura L. Van Alstyne, execu-trix, and Thomas B. Van Alstyne, executor, etc., of Thomas J. Van Alstyne, deceased. No opinion. Motion denied. See, also, 142 App. Div. 209, 126 N. Y. Supp. 1078; 143 App. Div. 962, 128 N. Y. Supp. 486.

VAN SLOCHEM, Respondent, v. BRITISH COLUMBIA RY. & DEVELOPMENT CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by one Van Slochem against the British Columbia Railway & Development Company, impleaded with others. C. P. Rogers, for appellant. H. L. Scheurman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VOLKMER, Respondent, v. MEYER et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Ernestine Volkmer against Nicholas Meyer and others. F. S. Williams, for appellants. J. B. Ker, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VOLLARO, Respondent, v. VOLLARO, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Josephina Vollaro against Saverio Vollaro. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 43, 1150.

WALDO, Respondent, v. SEELIG, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Rhinelander Waldo, Fire Commissioner etc., against Levin Seelig. G. A. Rogers, for appellant. T. Farley, for respondent. No opinion. Determination (70 Misc. Rep. 254, 126 N. Y. Supp. 798) affirmed, with costs and disbursements, and judgment absolute rendered against defendant pursuant to stipulation, with costs. Order filed. See, also, 129 N. Y. Supp. 1150.

In re WALLACE. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) In the matter of the application of Frederick Wallace for a writ of mandamus to examine the books of the Ulster Brick Company. No opinion. Order affirmed, with $10 costs and disbursements.

WALLACH et al., Respondents, v. PAUWELS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Isabel R. Wallach and others against Robert P. Pauwels and others. A. Lamont, for appellants. H. Cohen, for respondents. No opinion. Determination affirmed, with costs. Order filed. See, also, 128 N. Y. Supp. 1149.

WALLACH et al. v. PAUWELS et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Isabel R. Wallach and others against Robert P. Pauwels and

others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 1133.

---

In re WALTON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Walton Avenue in the City of New York. J. J. Kearney, for appellant. B. Trapnel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WARD et al., Appellants, v. WARD et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Charles M. Ward and others, as administrators, etc., against Maria E. G. McK. Ward and others. H. M. Ward, for appellants. W. G. Wilson, for respondents. Order affirmed with $10 costs and disbursements. Order filed. See, also, 133 App. Div. 73, 117 N. Y. Supp. 697.

---

WATERMAN BLDG. CO. v. ROSE. (Supreme Court, Appellate Term. June 29, 1911.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by the Waterman Building Company against Samuel B. Rose. From an order denying a motion to vacate an attachment, defendant appeals. Reversed. Walter E. Godfrey, for appellant. Watson & Raymond, for respondent.

PER CURIAM. The allegations in the affidavits upon which the warrant of attachment was granted are wholly insufficient, and the motion to vacate the same should have been granted. Order reversed, with costs, and motion to vacate attachment granted.

---

WEEKS, Appellant, v. NEW YORK, W. & B. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Selina Weeks against the New York, Westchester & Boston Railway Company. No opinion. Motion denied, with $10 costs. See, also, 129 N. Y. Supp. 888.

---

In re WEIHER COURT. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of the Weiher Court, etc. W. F. Burrough, for appellant. J. J. Squier, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

---

In re WEST 177th ST. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of West 177th Street. S. J. Benson, for appellant. H. C. Smith, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on prevailing opinion on former appeal, 135 App. Div. 520, 120 N. Y. Supp. 354. Order filed.

INGRAHAM, P. J., dissents, on dissenting opinion of Houghton, J., on former appeal.

---

WHALEN et al., Appellants, v. TALCOTT, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by John W. Whalen, and others against James Talcott, impleaded with others. W. B. Crisp, for appellants. A. C. Rounds, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

WHIDBEE, Appellant, v. FOSTER PUMP WORKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Frank J. Whidbee against the Foster Pump Works and others. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 128 N. Y. Supp. 1150.

---

WHITE et al., Appellants, v. WATERS, Respondent. (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by James H. White and another against Percival L. Waters. S. Bacon, for appellants. A. G. Fox, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

WICKHILLER v. INTERBORO RAPID TRANSIT CO. et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Appeal from Trial Term, New York County. Action by Conrad Wickhiller against the Interboro Rapid Transit Company and another. From a judgment awarding injunction and damages, defendants appeal. Modified and affirmed. J. O. Nichols, for appellants. Banton Moore, for respondent.

PER CURIAM. On an examination of the facts of this case we are satisfied that the rental damage should be restricted to a period subsequent to the opening to the public of the subway, viz., June 10, 1905. The judgment is therefore modified, by striking out the allowance for rental damage prior to that date, and, as modified, affirmed, without costs.

---

WIENER v. WIENER. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Joseph Wiener against Sadie Wiener. No opinion. Motion granted. Order filed. See, also, 139 App. Div. 903, 123 N. Y. Supp. 1149.

---

In re WILCOX. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) In the matter of the petition of Oressa Stewart Wilcox for an accounting and judicial settlement of the accounts of Jay Conger and others, as executors and testamentary trustees of and under the last will and testament of Frank Conger, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re WILCOX. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of Charles F. Wilcox for admission to the bar. No opinion. Application granted.